# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO BABY M. R., MINOR.

No. 73021

CHAVARIELLE W.,
                    Appellant,
       vs.
A CHILD'S DREAM OF NEVADA; AND
BABY M.R.,
                 Respondent.

FILED

DEC 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order in a matter where appellant's parental rights were terminated. On May 25, 2017, this court issued a notice informing appellant of the deadlines for filing documents in this appeal. Pursuant to that notice the opening brief was due to be filed by August 23, 2017. When appellant failed to file the opening brief, this court issued an order on September 26, 2017, directing appellant to file and serve the opening brief by October 10, 2017. When appellant again failed to file the opening brief, this court issued an order on November 7, 2017, directing appellant to file and serve the opening brief by November 20, 2017. Both the September 26 and October 10 orders cautioned appellant that failure to comply could result in the dismissal of this appeal. To date, appellant has

17-43563

failed to file the opening brief. Accordingly, we conclude that appellant has abandoned this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Jennifer Elliott, District Judge, Family Court Division
Chavarielle W.
Eric A. Stovall
Valarie I. Fujii & Associates
Eighth District Court Clerk